ACCEPTED
01-14-00973-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/4/2015 2:18:47 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00973-CV

| | | |
|---|---|---|
| PETER D. TRAN, NAM VAN NGUYEN, THE KIM HOANG, AND TUYEN NGOC BUI ON BEHALF OF THE VIETNAMESE COMMUNITY OF HOUSTON & VICINITY, INC., **Appellants,** | § § § § § § § § § | IN THE FIRST |
| VS. | § § | COURT OF APPEALS |
| ALOYSIUS DUY-HUNG HOANG, TERESA NGOC-BICH HOANG, CAVATINA TRUONG, SKYBIRD NGUYEN AND HOC NHU PHAN, **Appellees.** | § § § § § § | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/4/2015 2:18:47 PM

CHRISTOPHER A. PRINE
Clerk

### APPELLANTS' MOTION TO EXTEND TIME TO FILE BRIEF

Appellants ask the Court to extend the time to file their brief.

### A.  Introduction

1.   Appellants are Peter D. Tran, Nam Van Nguyen, The Kim Hoang, and Tuyen Ngoc Bui on Behalf of the Vietnamese Community of Houston & Vicinity, Inc.

2.   This Motion to Extend Time to File Brief is brought pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure.

### B.  Argument & Authorities

3.   The Court has the authority under Texas Rule of Appellate Procedure 10.5(b) to extend the time to file the brief.

4.   Appellants request an additional 7 days to file their brief, extending the time until May 11, 2015.

1

5. Three previous extensions have been requested and granted to extend the time to file Appellants' brief.

6. Appellants need additional time to file their brief because Appellants' counsel has been involved in multiple state district court cases and mediations. Additionally, Appellants' counsel lost his paralegal to another firm and has not found a suitable replacement requiring counsel to undertake all legal work without assistance. Appellants' counsel requires additional time to complete the drafting of the brief.

## C. Conclusion

7. Appellants require additional time to complete their brief.

## D. Prayer

8. For these reasons, Appellants ask the Court to grant an extension of time to file their brief until May 11, 2015.

Respectfully submitted,

ALLAN A. CEASE & ASSOCIATES, P.C.

/s/ Allan A. Cease

_____

BY: Allan A. Cease
Texas Bar No. 04040550
Email: allancease@comcast.net
56 Sugar Creek Center Blvd, Suite 300
Sugar Land, Texas 77478
Tel. 281-980-0909
Fax 281-980-1069
Attorney for Appellants, Peter D. Tran, Nam Van Nguyen, The Kim Hoang, and Tuyen Ngoc Bui on Behalf of the Vietnamese Community of Houston & Vicinity, Inc.

## VERIFICATION

STATE OF TEXAS       §

FORT BEND COUNTY       §

Before me, the undersigned notary, on this day personally appeared Allan A. Cease, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

"My name is Allan A. Cease. I am capable of making this verification. I have read the Appellants' Motion to Extend Time to File Brief. The facts stated in it are within my personal knowledge and are true and correct."

_____
Allan A. Cease

SWORN TO AND SUBSCRIBED BEFORE ME by Allan A. Cease on May 4, 2015.

| ANNIE NGUYEN |
| Notary Public, State of Texas |
| My Commission Expires |
| April 17, 2019 |

_____
Notary Public - State of Texas

3

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Brent C. Perry and he is unopposed to this motion.

/s/ Allan A. Cease
_____
Allan A. Cease

## CERTIFICATE OF SERVICE

I certify that a copy of Appellants' Motion to Extend Time to File Brief was served on Appellees, Aloysius Duy-Hung Hoang, Teresa Ngoc-Bich Hoang, Cavatina Truong, Skybird Nguyen and Hoc Nhu Phan, through counsel of record, Brent C. Perry, at 800 Commerce Street, Suite 102, Houston, Texas 77002, by email to brentperry@brentperrylaw.com, on May 4, 2015.

/s/ Allan A. Cease
_____
Allan A. Cease